1042

[No. 53543-9-I.  Division One.  February 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AVINESH PRASAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05161-2, Donald D. Haley, J., entered December 15, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53558-7-I.  Division One.  February 14, 2005.]

HEIKE WERLINGER, *Individually and as Guardian*, *Appellant*, v. MICHAEL WAYNE WARNER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-18370-2, James D. Cayce, J., entered November 25, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Ellington, A.C.J., and Baker, J. Now published at 126 Wn. App. 342.

[No. 53579-0-I.  Division One.  February 14, 2005.]

WESLEY B. VICKERS, ET AL., *Respondents*, v. IRENE OLAES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-10643-9, Jay V. White, J., entered November 24, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Kennedy, JJ.

[No. 53630-3-I.  Division One.  February 14, 2005.]

BLUEBERRY PLACE HOMEOWNERS ASSOCIATION, ET AL., *Plaintiffs*, v. NORTHWARD HOMES, INC., ET AL., *Defendants*, NORTHWARD CONSTRUCTION COMPANY, ET AL., *Respondents*, MACDONALD-MILLER RESIDENTIAL, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-35783-2, James D. Cayce, J., entered January 8, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Ellington, J. Now published at 126 Wn. App. 352.